# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**VA 2-379-911**

**Effective Date of Registration:**
November 12, 2023
**Registration Decision Date:**
January 22, 2024

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: January 02, 2020 to December 31, 2020

### Title

Title of Group: Rotita11-2020
Number of Photographs in Group: 299

### Completion/Publication

Year of Completion: 2020
Earliest Publication Date in Group: January 02, 2020
Latest Publication Date in Group: December 31, 2020
Nation of First Publication: United States

### Author

- Author: HONGKONG LEYUZHEN TECHNOLOGY CO.,LIMITED
  Author Created: photographs
  Work made for hire: Yes
  Citizen of: Hong Kong

### Copyright Claimant

Copyright Claimant: HONGKONG LEYUZHEN TECHNOLOGY CO.,LIMITED
FLAT/RM A, 9/F SILVERCORP INTERNATIONAL TOWER, 707-713 NATHAN ROAD, MONGKOK, KOWLOON, Hong Kong, 999077, Hong Kong

### Rights and Permissions

Organization Name: Bayramoglu Law Offices
Name: Nazly Aileen Bayramoglu

|  |  |
|---|---|
| **Email:** | tm@bayramoglu-legal.com |
| **Telephone:** | (702)462-5973 |
| **Address:** | 1540 West Warm Springs Road<br>Suite 100<br>Henderson, NV 89014 |

## Certification

|  |  |
|---|---|
| **Name:** | Nazly Bayramoglu |
| **Date:** | November 12, 2023 |

|  |  |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group |
|  | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |

**Registration #:** VA0002379911
**Service Request #:** 1-13195130451



Bayramoglu Law Offices
Nazly Aileen Bayramoglu
1540 West Warm Springs Road
Suite 100
Henderson, NV 89014

