Exhibit 2

LYANER INFRINGEMENT

| Copyrighted Photo | Infringer's Photo | Link to Infringing Photo |
|---|---|---|
| Copyright VA0002379911 63 Infringing Links | | |
|  |  | https://www.amazon.com/dp/B09HZNNSCR/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B09HZF9KLK/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B09HYZN9MW/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B09HZM56VV/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |

| Copyrighted Photo | Infringer's Photo | Link to Infringing Photo |
|---|---|---|
|  |  | https://www.amazon.com/dp/B0BJBYKSJT/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B09NDF5968/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B09NDF1438/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B09NDF7MLQ/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B09NDGPMGZ/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |

| Copyrighted Photo | Infringer's Photo | Link to Infringing Photo |
|---|---|---|
|  |  | https://www.amazon.com/dp/B0BJBW2KMX/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B0BDR7SSZD/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B0BDR79Y6Z/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B0BDR9KGSC/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B0BDR8MTTY/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |

| Copyrighted Photo | Infringer's Photo | Link to Infringing Photo |
|---|---|---|
|  |  | https://www.amazon.com/dp/B0BJBZ9LNS/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B0B7P2VB6Y/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B09NDFWNW4/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B0B7NZNKH4/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B09NDGD189/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |

| Copyrighted Photo | Infringer's Photo | Link to Infringing Photo |
|---|---|---|
|  |  | https://www.amazon.com/dp/B0BJBXQKMK/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B0B93GS8VF/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B0B93HM8QG/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B0B93GWP4K/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B0BJBX698R/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |

| Copyrighted Photo | Infringer's Photo | Link to Infringing Photo |
|---|---|---|
|  |  | https://www.amazon.com/dp/B0B93HLXL7/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B0B93L5F46/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B0B93K9FX7/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B0BJBXB5JV/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B0BDR9Y9FK/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |

| Copyrighted Photo | Infringer's Photo | Link to Infringing Photo |
|---|---|---|
|  |  | https://www.amazon.com/dp/B0BDR4R1LW/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B0BDR98MYY/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B0BJBY6HJ6/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B0BJBYJJSY/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B0BJC11KPF/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |

| Copyrighted Photo | Infringer's Photo | Link to Infringing Photo |
|---|---|---|
|  |  | https://www.amazon.com/dp/B0BJBYN5H8/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B0BJBY7CNZ/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B0B93MRGGG/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B0B93KPNG6/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B0B93J9FQD/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |

| Copyrighted Photo | Infringer's Photo | Link to Infringing Photo |
|---|---|---|
|  |  | https://www.amazon.com/dp/B0BJBYX91H/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B09S6JJ1XW/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B09S6LSYG9/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B0BJBYBZ71/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B09PGBDW6B/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |

| Copyrighted Photo | Infringer's Photo | Link to Infringing Photo |
|---|---|---|
|  |  | https://www.amazon.com/dp/B09PGCPYXL/ref=mweb_u p_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B09PGC6W9F/ref=mweb_u p_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B09PGCPYXQ/ref=mweb_u p_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B09PGBQJVR/ref=mweb_u p_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B0BJCTGSDC/ref=mweb_u p_am_fl_st_na_un_up_sm_web?th=1&psc=1 |

| Copyrighted Photo | Infringer's Photo | Link to Infringing Photo |
|---|---|---|
|  |  | https://www.amazon.com/dp/B0BDR7LB3P/ref=mweb_u p_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B0BDR7V4GS/ref=mweb_u p_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B0BDR6GC5K/ref=mweb_u p_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B09PGB5HBH/ref=mweb_u p_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B09PGBH9BZ/ref=mweb_u p_am_fl_st_na_un_up_sm_web?th=1&psc=1 |

| Copyrighted Photo | Infringer's Photo | Link to Infringing Photo |
|---|---|---|
|  |  | https://www.amazon.com/dp/B0BJBZFVMQ/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B0BJBY8R62/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B0BJC16412/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B0BJBWV1SW/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B09S6LG6PC/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |

| Copyrighted Photo | Infringer's Photo | Link to Infringing Photo |
|---|---|---|
|  |  | https://www.amazon.com/dp/B09S6KJMKC/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B0BJBYLNS6/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B0BJBYS4R4/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |
|  |  | https://www.amazon.com/dp/B09S6KNNL5/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1&psc=1 |





## Customer reviews

★★★★☆ 4 out of 5

1,292 global ratings

| | |
|---|---|
| 5 star | 56% |
| 4 star | 14% |
| 3 star | 12% |
| 2 star | 6% |
| 1 star | 12% |

> How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

### Customers say

Customers like the style of the tunic. They mention it's stylish, sophisticated, and sexy. However, some customers have reported that the fabric is scratchy and rough on their skin. Opinions differ on the sizing, material quality, and stretchiness.

AI-generated from the text of customer reviews

Select to learn more

Style | Size | Material quality | Stretchiness | Material thickness | Fabric scratchiness

Value for money | Belt placement

### Reviews with images

See all photos >



Top reviews ∨

### Top reviews from the United States

★★★★★ **Beautiful top**

Reviewed in the United States on July 23, 2024

Size: Large | Color: Black | Verified Purchase

I've received so many compliments. Great fit.

One person found this helpful

Helpful | Report

★★★★★ **Cool and different**

Reviewed in the United States on July 10, 2024

Size: Small | Color: Black

This can make a sexy concert, or dinner , I think there are a number of ways to dress up dress down. Just Cool

Helpful | Report

★★★★★ **Tight fit**

Reviewed in the United States on October 16, 2024

Size: Large | Color: Black | Verified Purchase

Very stylist but runs small.

One person found this helpful

Helpful | Report

★★★★★ **Itchy material**

Reviewed in the United States on October 26, 2024

Size: Large | Color: Black | Verified Purchase

Itchy material

Helpful | Report

★★★☆☆ **Not what I was expecting**

Reviewed in the United States on September 11, 2023

Verified Purchase

The fabric is not soft and definitely cheap and smelled weird but after washing is ok

6 people found this helpful

Helpful | Report

★★★★★ **Cut the belt, Problem solved**

Reviewed in the United States on January 26, 2023

Size: X-Large | Color: Black | Verified Purchase

It's a stretch material material. If you don't wear a Spanx this will not flatter your figure, if you don't have a flattering figure. As for the belt, I think the manufacturer was trying to close a gap. Just cut it off, and it will be fine. Be careful where you cut. Cut along the threads and it comes off. It's better without the belt. Great with pants or jeans. I wish the buttons came in gold as an option, with a gold zipper. Great buy. But cut the belt, it shouldn't be there.



20 people found this helpful

Helpful | Report

★★★★★ **Love it!**

Reviewed in the United States on November 13, 2022

Size: Large | Color: White | Verified Purchase

I totally love everything about this! Nice and comfy, but looks amazing so I purchased the black one also, but went down to a medium on the size for that one. The white one was just a little to big for me, but it still looked great! You won't be disappointed!

Helpful | Report

★★★★☆ **The Fabric isn't the best but the style is as pictured**

Reviewed in the United States on March 25, 2024

Size: Large | Color: Purple | Verified Purchase

Not bad for a last minute grab. The fabric is stretchy and the style is as pictured. I purchased the size Amazon recommended and it was a perfect fit. One other complaint. There's only one loop on the side to attach it. I suppose we are to tie a knot into that. It would look neater attached differently.



11 people found this helpful

Helpful | Report

See more reviews >

### Top reviews from other countries

★★★★★ **Excelente**

Reviewed in Mexico on November 17, 2023

Size: Medium | Color: Black | Verified Purchase

Bonita, de mucha calidad. Me encantan

Report

Translate review to English

★★★★★ **Recomendable**

Reviewed in Mexico on October 20, 2023

Size: XX-Large | Color: Black | Verified Purchase

La tela muy buena, lo que si esta mas chico que la medida. Hay que pedir una talla mas

Report

Translate review to English

★★★★★ **lo encanto**

Reviewed in Mexico on March 1, 2021

Size: Medium | Color: Beige | Verified Purchase

la gusto mucho a mi novia. pero alla es elgado cree talla 4 de pantalon

Report

Translate review to English

See more reviews >

### More items you may like in apparel

Page 1 of 7

    

LVABEE Women's Basic Sleeveless V Neck High Low Hem Loose Tunic Cami Tank Tops
$29.99
Get it as soon as Saturday, Nov 2
FREE Shipping on orders over $35 shipped by Amazon
Only 2 left in stock - order soon.

LVABEF Women's V Neck Asymmetrical Hem Bell 3/4 Sleeve Swing Chiffon Blouse Shirt Tops White Medium
$19.99
Get it as soon as Saturday, Nov 2
FREE Shipping on orders over $35 shipped by Amazon

Vitige Women's High Low Cropped Short Sleeve Asymmetrical Hot Blouse Shirt Tunic Top
$29.99
Get it as soon as Saturday, Nov 2
FREE Shipping on orders over $35 shipped by Amazon

LVABEE Women's Long Sleeve Tops V Neck Ruffle Lantern Sleeve Casual Loose Blouse Tunic Shirts Top
$17.99
Get it as soon as Saturday, Nov 2
FREE Shipping on orders over $35 shipped by Amazon

LVABEE Women's Mock Neck Pleated Batwing Sleeve Tops in Back Blouse Shirt Top
$25.99
Get it as soon as Saturday, Nov 2
FREE Shipping on orders over $35 shipped by Amazon

LVABEE Women's Off Shoulder Ruffle Long Lantern Sleeve Casual Casual Loose Tops Blouse Shirt
$23.99
Get it as soon as Saturday, Nov 2
FREE Shipping on orders over $35 shipped by Amazon

Vitige Women's Casual V Neck Floral Short Sleeve Pleated Tunic Top Blouse Shirt
$19.99
Get it as soon as Saturday, Nov 2
FREE Shipping on orders over $35 shipped by Amazon

Best Sellers in Women's Fashion

Page 1 of 2



7/29/25, 12:06 PM
Case: 1:25-cv-12547 Document #: 13-2 Filed: 10/20/25 Page: 18 of 22 PageID #:120
LYANER Women's Sexy Zip Up V Neck Long Sleeve Side Split Asymmetrical Hem Longline Tunic Blouse Top Gray Large : Amazon Women's…

7/29/25, 12:06 PM    Case: 1:25-cv-12547 Document #: 13-2 Filed: 10/20/25 Page: 18 of 22 PageID #:120

Delivering to Henderson 89015    All ⌄    Search Amazon    EN ⌄    Hello, sign in    Returns    0
Update location                                                       Account & Lists ⌄    & Orders

All    Medical Care ⌄    Saks    Best Sellers    Amazon Basics    Today's Deals    New Releases    Registry    Groceries ⌄    Prime ⌄    Gift Cards ⌄    Smart Home

**Amazon Fashion**    Women    Men    Kids    Luggage    Sales & Deals    New Arrivals    Amazon Brands    Luxury Stores

Clothing, Shoes & Jewelry › Women › Clothing › Tops, Tees & Blouses › Tunics



Visit the LYANER Store

## LYANER Women's Sexy Zip Up V Neck Long Sleeve Side Split Asymmetrical Hem Longline Tunic Blouse Top Gray Large

3.8          14 ratings

**Currently unavailable.**
We don't know when or if this item will be back in stock.

**Size Chart**
   Report an issue with this product or seller

Sponsored

**Currently unavailable.**
We don't know when or if this item will be back in stock.
Delivering to Henderson 89015 - Update location

Add to List

Sponsored

**Deals on related products** Sponsored ⓘ                                    Page 1 of 2

                

KISSMODA 2025 Womens Short Sleeves V Neck Floral Summer Tunic Top Woman…
127
Limited time deal
-48% $11⁹⁹
List: $22.99

Womens Summer Tops Crewneck Short Sleeve Shirts Casual Chiffon Blouses Flowy Lace H…
3,389
Limited time deal
-47% $21²⁹
List: $39.99

Women Sexy Tops Cold Shoulder Criss-Cross Long Sleeve Shirt Dressy Casual Hollow Cu…
671
Limited time deal
-26% $19⁹⁹
Typical: $26.99

3/4 Lenght Sleeve Womens Tops Summer Tops for Women V Neck Blouses Dressy Casual…
870
Limited time deal
-51% $11⁷²
List: $23.99

Mystry Zone Womens Henley V Neck Casual Blouse Button Down T Shirts Flare and Flowy…
3,377
Ends in 04:03:24
-29% $14²⁴
Typical: $19.99

## From the brand

Case: 1:25-cv-12547 Document #: 13-2 Filed: 10/20/25 Page 19 of 22 PageID #:121





**Welcome to LYANER Store**
Go to 2025 Summer Trendy Spot Clothing

**Summer Sleeveless**
Visit the Store

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product details

**Package Dimensions** : 12.44 x 9.76 x 1.81 inches; 13.12 ounces

**Item model number** : FBA-01-tee1213390GY1-L

**Department** : womens

**Date First Available** : February 19, 2022

**ASIN** : B09S6LG6PC

**Best Sellers Rank:** #3,520,939 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
#19,130 in Women's Tunics

**Customer Reviews:** 3.8          14 ratings

## Products related to this item   Sponsored ⓘ








| IN'VOLAND Womens Plus Size Long Sleeve Shirts Crewneck Side Split Tunic Tops Basic … | Yash Gallery Women's Cotton Slub Solid Straight Indian Tunic Tops for Summer | BZB Women Polo Shirts Shawl Neck Long Sleeve Tops Tunic Tops to Wear with Leggings | Womens Tops Long Sleeve Shirts Fall Winter Casual V Neck Button Knit Pullover Light... | AUSELILY Women's Long Sleeve Tunic Top-Casual V Neck Lightweight Fall Shirts With B... | Womens Long Shirts Crewneck Tunic Tops with Front Dressy Ca… |
|---|---|---|---|---|---|
| 11 | 1,507 | 602 | 18 | | 14 |
| -25% $14⁹⁹ | $19⁹⁹ | $19⁹⁹ | $14⁹⁹ | $14⁹⁹ | -32% $16⁹⁹ |
| List: $19.99 | | | | | List: $24.99 |
| Save 10% with coupon (some sizes/colors) | | Save 30% with coupon (some sizes/colors) | | | Save 35% with co… sizes/colors) |

7/29/25, 12:06 PM    Amazon.com: SHOWL Women's Sexy Tie Dye Print Long Sleeve Sheer Mesh Asymmetrical Hem Leggings Outfit Blouse Tops&T... : Amazon Women'...

Case: 1:25-cv-12547 Document #: 13-2 Filed: 10/20/25 Page 20 of 22 PageID #:122



Sponsored

## Customer reviews

### 3.8 out of 5

14 global ratings

| | | |
|---|---|---|
| 5 star | | 50% |
| 4 star | | 11% |
| 3 star | | 23% |
| 2 star | | 7% |
| 1 star | | 9% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

Sponsored

### Top reviews from the United States

Rose

**runs small**

Reviewed in the United States on April 1, 2023


Verified Purchase

Cute, fashionable.
Fabric is 100% Polyester. Fabric has no stretch. Felt rough to touch, not smooth.
Runs small. Go up 2 sizes for snug fit. Go up 3 sizes for comfortable fit.

2 people found this helpful

Helpful    Report

Amazon Customer

**Size up**

Reviewed in the United States on September 5, 2022


Verified Purchase

This is a very cute top. However, it's not a sweater material as it looks in the picture and I found it to run small so I ordered a size up… I usually wear a large.

14 people found this helpful

Helpful    Report

TAMEKA GRIFFITHS

**Not as shown in the picture. The quality material is awful**

Reviewed in the United States on September 8, 2022


Verified Purchase



One person found this helpful

Helpful    Report

Jess S.

**Broke out in hives**

Reviewed in the United States on March 15, 2024

I got the magenta and the color was vibrant. Overall a cute top but I didn't understand the belt. However, something is up with this fabric. I wore it one hour and broke out in itchy hives. That has never happened to me before with clothes. Had to discard it unfortunately.

Helpful    Report

See more reviews ›

Sponsored

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

English

United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

7/29/25, 12:06 PM
Amazon Women's Sexy Zip Up V Neck Long Sleeve Sheer Mesh Asymmetric Hem Bodycon Blouse Party Club Cardigan Amazon Women'...

Case: 1:25-cv-12547 Document #: 13-2 Filed: 10/20/25 Page 22 of 22 PageID #:124

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices
© 1996–2025, Amazon.com, Inc. or its affiliates